1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

9  DONNA LANG,

10               Plaintiff,

11  vs.

12

13  SAFECO INSURANCE
    COMPANY OF AMERICA,

14               Defendant.

15
16
17

Case No. 2:23-cv-00075-JLR

**JLR**

**APPLICATION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND (~~PROPOSED~~) ORDER**

18  Application is hereby made pursuant to Rule 5, Federal Rules of Civil Procedure,
19  that **Robert D. Bohm**, be substituted in as attorney of record for plaintiff **Donna Lang** in
20  the above-referenced matter. The **Law Office of James J. Jameson, P.S.** shall no longer
21  be counsel of record.  This Application bears the written consent of plaintiff **Donna Lang**,
22  and substitution is sought because one of the primary practice areas of **Robert D. Bohm**
23  involves injuries occurring on the premises of others, and **James J. Jameson**, the current
24  counsel, wishes to transfer litigation of the case to Mr. Bohm.  The address of plaintiff is:

Donna Lang

5607 Parkside Drive

Marysville, WA 98270

DATED this 13th day of February, 2023.

| LAW OFFICE OF JAMES J. JAMESON, P.S. | ROBERT D. BOHM, PLLC |
|---|---|
| /s/ James J. Jameson<br>By James J. Jameson | /s/ Robert D. Bohm<br>By Robert D. Bohm |

## CONSENT

Plaintiff **Donna Lang** consents to the substitution of the law firm of **Robert D. Bohm, PLLC** in place of the **Law Office of James J. Jameson, P.S.** as attorneys for plaintiff in the above-captioned matter.

/s/ Donna Lang
By: Donna Lang

**(~~PROPOSED~~) ORDER**

IT IS HEREBY ORDERED that Robert D. Bohm of the law firm of **ROBERT D. BOHM, PLLC** may substitute in as counsel of record in place of the law firm of **LAW OFFICE OF JAMES J. JAMESON, P.S.**.

DONE IN OPEN COURT this 15th day of February, 2023.

_____
The Honorable James L. Robart
Judge of the United States District Court for the Western District of Washington at Seattle