# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DONNA LANG, | Case No. 2:23-cv-00075-JLR |
| Plaintiff, | |
| vs. | (~~PROPOSED~~) ORDER - STIPULATED MOTION TO EXTEND DEADLINES |
| SAFECO INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

Upon consideration of the Stipulated Motion to Extend Deadlines (Dkt. # 10), the Court orders as follows:

The Court will extend all deadlines identified in its January 25, 2023 order regarding initial disclosures, joint status report, and early settlement (Dkt. # 7) by 30 days.

DATED this 21st day of February 2023.

James L. Robart
United States District Judge