UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONNA LANG, | CASE NO. C23-0075JLR |
| Plaintiff, | ORDER |
| v. | |
| SAFECO INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

Before the court is the parties' stipulated motion to extend the deadline for expert disclosures by 60 days "or to a date the Court deems appropriate." (Mot. (Dkt. # 16) at 2.) The parties' settlement discussions "are proving to be very productive," and they agree that extending the expert disclosure deadline will preserve resources and help further settlement discussions. (*Id.* at 1.)

The parties' efforts to resolve this matter through settlement are well taken. The court cannot, however, extend the expert disclosure deadline by 60 days without moving

ORDER - 1

1  other deadlines.  Accordingly, the court MODIFIES its prior scheduling order (Sched.

2  Order (Dkt. # 14)) to extend the deadline for disclosure of expert testimony under Federal

3  Rule of Civil Procedure 26(a)(2) from January 24, 2024 to **February 16, 2024**.  All other

4  deadlines shall remain in place at this time.

5  Dated this 17th day of January, 2024

JAMES L. ROBART
United States District Judge

ORDER - 2